UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HEIDI G. LATIMER, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR06-233-RSL<br><br>DETENTION ORDER |

Offenses Charged:

   Count 1: Possession of PCP With Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

   Count 2: Possession of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. §§ 841(b)(1) and 841(b)(1)(B).

Date of Bond Revocation Hearing: September 8, 2006.

   On August 2, 2006, defendant was released on bond and placed on Pretrial Services supervision with special conditions. Defendant was transferred from federal custody to local custody due to an outstanding warrant, and was released from local custody on the evening of August 4, 2006. On August, 29, 2006, Pretrial Services filed a Violation Report and Request for Warrant against defendant. On August 30, 2006, the United States filed a Second Superseding Indictment against the defendant for Count 1 and Count 2 above.

In the Pretrial Violation Report of August 29, 2006, Pretrial Services have alleged that the defendant has violated the terms and conditions of her bond as follows:

1. Heidi Latimer has violated the bond condition that she not use, consume, or possess a controlled substance, unless the substance is prescribed by a physician, by using PCP on or about August 7, 2006.

2. Heidi Latimer has violated the bond condition that she not use, consume, or possess a controlled substance, unless the substance is prescribed by a physician, by using PCP and cocaine on or about August 18, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth finds as follows:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has admitted alleged violations 1 and 2.

(2) The defendant has shown an inability or unwillingness to comply with the terms of her probation by violation of the terms of the bond.

(3) The defendant has serious and on-going substance-abuse problems.

(4) Defendant is a danger to the community and a risk of flight.

(5) There appear to be no conditions or combination of conditions other than detention that will reasonably address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of September, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge